UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ABEL ESQUEDA,<br>Petitioner,<br>v.<br>BRUCE SCOTT, Warden of the Northwest ICE Processing Center, and MARKWAYNE MULLIN, Secretary of the United States Department of Homeland Security,<br>Respondents. | No. 2:26-CV-01478-SAB<br><br>**ORDER GRANTING MOTION FOR RECONSIDERATION AND STAYING JUDGMENT IN THIS MATTER** |

Before the Court is Respondents' Motion for Reconsideration, ECF No. 16. Petitioner is represented by Jennifer Kim Lesmez. Respondents are represented by Lawrence Joel Van Daley, Sr.

On April 30, 2026, Petitioner filed a petition for writ of habeas corpus, seeking his release from custody. On June 25, 2026, the Court denied the petition on the grounds that Petitioner was mandatorily detained pending removal by immigration authorities. On July 22, 2026, Petitioner filed a motion for

reconsideration, which this Court granted on August 6, 2026. Respondents now move the Court to reconsider that decision.

A motion for reconsideration may be reviewed under either Federal Rule of Civil Procedure 59(e) (motion to alter or amend a judgment) or 60(b) (relief from judgment). *Sch. Dist. No. 1J v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993). "A district court may properly reconsider its decision if it '(1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law.'" *Smith v. Clark Cnty. Sch. Dist.*, 727 F.3d 950, 955 (9th Cir. 2013) (quoting *Sch. Dist. No. 1J*, 5 F.3d at 1263). "There may also be other, highly unusual, circumstances warranting reconsideration." *Sch. Dist. No. 1J*, 5 F.3d at 1263. Whether to grant a motion for reconsideration is within the sound discretion of the court. *Navajo Nation v. Confederated Tribes and Bands of the Yakima Nation*, 331 F.3d 1041, 1046 (9th Cir. 2003).

Respondents' pending motion asserts that under Local Civil Rule 7(d)(3), their response to Petitioner's Motion to Amend Judgment is due on August 6, 2026. They further ask the Court to vacate and set aside the subsequent order and judgment. The Court finds it appropriate to grant the first part of Respondents' request.

Accordingly, **IT IS ORDERED**:

1. Respondents' Motion for Reconsideration, ECF No. 16, is **GRANTED**.

2. The Court's prior Order and Judgement, ECF Nos. 14 and 15, are **STAYED** pending further order of the Court.

3. Respondents shall file their response to Petitioner's Motion to Amend by August 6, 2026.

4. Petitioner may file a reply within the time permitted by the Local

Rules or as otherwise directed by the Court.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 6th day of August 2026.

Stanley A. Bastian
United States District Judge