# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABEL ESQUEDA,

Plaintiff,

v.

BRUCE SCOTT, Warden of the Northwest ICE Processing Center, and MARKWAYNE MULLIN, Secretary of the United States Department of Homeland Security,

Defendant.

**AMENDED JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 2:26-cv-01478-SAB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Petitioner's Motion to Alter or Amend Judgment, ECF No. 12, is **GRANTED**. Judgment is entered in favor of Petitioner.

.

Dated this 14th day of August 2026.

Joshua C. Lewis
Clerk

s/ Alejandro Pasaye Hernandez
Deputy Clerk